1012

[No. 25542-5-III. Division Three. December 20, 2007.]

*In the Matter of the Marriage of* MICHELE L. FLIPPEN, *Respondent*, and ADAM R. FLIPPEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-3-02109-0, William F. Aronow, J. Pro Tem., entered September 6, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25782-7-III. Division Three. December 20, 2007.]

CONRAD SMITT ET AL., *Appellants*, v. DONALD L. UEBELACKER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-2-00258-0, Allen Nielson, J., entered November 1, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25788-6-III. Division Three. December 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JACQUELINE MARIE HOLT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02075-9, Salvatore F. Cozza, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 58126-1-I. Division One. December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LOWRIE RICHARD RUDDELL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00416-1, Susan K. Cook, J., entered March 10, 2006. *Dismissed* by unpublished per curiam opinion.